UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20046-JLK

WALTER LIZARDI,

       Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant(s).            /

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclosed the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a)  Plaintiff – Walter Lizardi
    b)  Counsel for Plaintiff – Alexander Palamara, Esq., of Attorneys Dell and Schaefer, Chartered
    c)  Defendant – Life Insurance Company of North America
    d)  Counsel for Defendant- Shari Gerson, Esq., of Gray Robinson, P.A..

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a)  None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a)  None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   a) Walter Lizardi

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CM/ECF on this 21st day of February, 2022, and electronically furnished to Shari Gerson, Gray Robinson, P.A., 401 E. Las Olas Blvd. Suite 1000, Fort Lauderdale, FL 33301:

ATTORNEYS DELL & SCHAEFER CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL 33020
(954) 620-8300

*/s/Alexander Palamara*
ALEXANDER PALAMARA, ESQUIRE
alex@diattorney.com
Florida Bar No.: 0037170