UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20046-JLK

WALTER LIZARDI,

       Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant(s).       /

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff, Walter Lizardi and Defendant, Life Insurance Company of North America, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: March 2, 2022

| By: */s/ Alexander Palamara* | By: */s/ Shari Gerson* |
|---|---|
| ALEXANDER PALAMARA, ESQ. | SHARI GERSON, ESQ. |
| Fla. Bar No. 0037170 | Fla. Bar No. 17035 |
| Dell & Schaefer, Chartered | Gray Robinson, P.A. |
| Attorneys for Plaintiff | Counsel for Defendant |
| 2404 Hollywood Blvd. | 401 East Las Olas Blvd., Suite 1000 |
| Hollywood, FL 33020 | Fort Lauderdale, FL 33301 |
| Phone (954) 620-8300 | Phone: (954) 761-8111 |
| Fax: (954)922-6864 | Fax: (954) 761-8112 |
| Email: Alex@diattorney.com | Email: shari.gerson@gray-robinson.com |