UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20046-JLK

WALTER LIZARDI,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____/

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Parties' Notice of Settlement (DE 11) filed March 2, 2022, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED**. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. The **Pretrial Conference** previously set for **March 10, 2023** and the **Trial** previously set for **May 8, 2023** are hereby **CANCELED**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of March, 2022.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**  **All Counsel of Record**